**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHANDI & JAMMU INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-01356-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>**NEW DATE**: January 28, 2016<br>**TIME**: 10:00 a.m.<br>**COURTROOM:** 8, 6th Floor |

　　　　On November 24, 2015, this Court continued a mandatory scheduling conference based on the parties' desire to engage in settlement negotiations. After discussion with counsel, the Court issued an order continuing the scheduling conference to December 21, 2015, at 9:00 a.m. in order to allow the parties to continue their settlement talks.  (Doc. 13).  In the Court's order, Counsel was warned that the scheduling conference would proceed unless the parties filed dismissal documents prior to the conference.  No dismissal documents were filed.  However, on December 22, 2015, counsel for Plaintiff Cynthia Hopson and Defendants Chandi & Jammu Incorporated and Simlov Enterprises Limited Liability Company failed to appear at the scheduling conference. Accordingly, the Court issued an order directing counsel to show cause why sanctions should not be imposed for their failure to appear.  (Doc. 15).

On December 31, 2015, Daniel Malakauskas, counsel for Plaintiff and Michael Welch, counsel for Defendants, filed a joint response to the Court's order to show cause. (Doc. 16). According to the joint declaration, counsel has continued to engage in settlement negotiations but during those discussions they failed to set up a conference call for the December 21, 2015, scheduling conference. (Doc. 16). Counsel explains that they have settled many cases together with minimal court intervention. Indeed the oversight was due to confusion based on the tentative settlement of two other cases. Counsel assures the Court that the error was unintentional and based on the cooperative juggling of multiple cases.

Having considered counsels' response, the Court's Order to Show Cause issued on December 22, 2015, is **HEREBY DISCHARGED** and no sanctions will be imposed. Additionally, the Court resets the INITIAL SCHEDULING CONFERENCE to **January 28, 2016 at 10:00 AM** in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference. The parties may appear by telephone.

IT IS SO ORDERED.

Dated:   **January 4, 2016**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE