DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

MICHAEL WELCH, SBN 111022
MICHAEL WELCH & ASSOCIATES
770 L STREET, SUITE 950
SACRAMENTO, CA 95814
Telephone: (916) 449-3930

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>PLAINTIFF,<br><br>v.<br><br>**CHANDI & JAMMU INCORPORATED**, as an entity, and doing business as "Arco Am/PM #82599", **SIMLOV ENTERPRISES LIMITED LIABILITY COMPANY**, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 1:15-cv-01356-BAM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, or in pro per, that this action be and is hereby dismissed in its entirety, **WITH**

**PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: December 8th, 2016.                        /s/Daniel Malakauskas
                                                  By: Daniel Malakauskas,
                                                  Attorney for Plaintiff

Dated: December 8th, 2016                         /s/Michael Welch
                                                  By; Michael Welch,
                                                  Attorneys for Defendants

## ORDER

   **IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.  The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:   **December 9, 2016**                     /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE